# United States Court of Appeals
## For the First Circuit

---

No. 13-1909

UNITED STATES OF AMERICA,

Appellee,

v.

NANCY GRAY,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court issued on March 13, 2015 is amended as follows:

On page 32, line 7, replace "father" with "further".